**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WENDY LOWE, ) | |
| ) | |
| Plaintiff/ ) | |
| Counterclaim Defendant, ) | |
| ) | |
| v. ) | C.A. No. 17-cv-01391-GMS |
| ) | |
| LAUREL FIRE DEPARTMENT, INC., a ) | |
| Delaware corporation, ) | |
| ) | |
| Defendant/ ) | |
| Counterclaim Plaintiff. ) | |

**STIPULATION OF DISMISSAL**

The parties, by and through their undersigned counsel, hereby stipulate and agree that the above-captioned matter is hereby dismissed with prejudice. Each party shall bear its own costs and attorney's fees.

| | |
|---|---|
| ELZUFON AUSTIN & MONDELL | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| /s/ *Gary W. Alderson* | /s/ *Barry M. Willoughby* |
| Gary W. Anderson, Esq. (No. 3895) | Barry M. Willoughby, Esq. (No. 1016) |
| 300 Delaware Ave. | Lauren E.M. Russell, Esq. (No. 5366) |
| Suite 1700 | 1000 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: (302) 504-3231 | Telephone: (302) 571-6666; (302) 576-3255 |
| Facsimile: (302) 777-7419 | Facsimile: (302) 576-3345; (302) 576-3750 |
| Email: galderson@elzufon.com | Email: bwilloughby@ycst.com; lrussell@ycst.com |
| | |
| *Attorneys for Plaintiff/Counterclaim Defendant* | *Attorneys for Defendant/Counterclaim Plaintiff* |

Dated: March 15, 2018

SO ORDERED this _____ day of _____, 2018.

_____
J.

01:22977874.1